# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SEECHOL PROPERTIES,<br><br>　　　　　Defendant. | **8:19CV17**<br><br>**ORDER OF RECUSAL**<br>**REQUEST FOR REASSIGNMENT** |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 6th day of February 2019.

BY THE COURT:

*/s/ Robert F. Rossiter, Jr.*
Robert F. Rossiter, Jr.
United States District Judge