IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ZACH HILLESHEIM, | ) | CASE NO. 8:19-cv-0017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION FOR DISMISSAL |
| | ) | WITH PREJUDICE |
| SEECHOL PROPERTIES, | ) | |
| | ) | |
| Defendant. | ) | |

COME NOW the parties hereto and advise the Court that the foregoing lawsuit has been settled and therefore jointly request that the same be dismissed with prejudice, each party to pay its own costs, complete record waived.

ZACH HILLESHEIM, Plaintiff,

BY: */s/ Padraigin L. Browne*
Padraigin L. Browne
Browne Law LLC
8530 Eagle Point Blvd, suite 100
Lake Elmo, MN 55042
paddy@brownelawllc.com

SEECHOL PROPERTIES, Defendant,

BY: */s/ Brandon J. Crainer*
Kathryn A. Dittrick, #23513
Brandon J. Crainer, #24891
FRASER STRYKER, PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663
(402) 341-6000
(402) 341-8290 - fax
kdittrick@fraserstryker.com
bcrainer@fraserstryker.com
ATTORNEY FOR DEFENDANT